### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00682-RM-SKC

ROBERT WALDRON,

      Plaintiff,

      v.

SPORTSMAN'S WAREHOUSE HOLDINGS, INC.,
JON BARKER, MARTHA BEJAR, PHILIP C.
WILLIAMSON, CHRISTOPHER EASTLAND,
GREGORY P. HICKEY, RICHARD MCBEE, and JOSEPH P. SCHNEIDER,

      Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Waldron hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: June 4, 2021

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

1

2

## <u>CERTIFICATE OF SERVICE</u>

       I, Daniel Sadeh, hereby certify that on June 4, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.


Dated: June 4, 2021                                /s/ Daniel Sadeh
                                              Daniel Sadeh